160 A.3d 793

COMMONWEALTH of Pennsylvania, Respondent

v.

Marvin L. FLAMER, Petitioner

No. 255 EAL 2016

Supreme Court of Pennsylvania.

November 8, 2016

## ORDER

PER CURIAM

**AND NOW**, this 8th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.